IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV207-MU

| | |
|---|---|
| DAVID BAUMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| NC DHHS DIVISION OF VOCATIONAL ) | |
| REHABILITATION SERVICES, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on its own motion. Plaintiff filed this matter *pro se* on May 4, 2006, along with a Motion to proceed *in forma pauperis*. His motion failed to sustain his burden of demonstrating that he is unable to pay the required filing fee and his motion was denied on May 23, 2006. The Order denying the motion to proceed *in forma pauperis* allowed the Plaintiff thirty days to either pay the filing fee or to complete an *in forma pauperis* application. Plaintiff failed to pay the filing fee or send in the completed *in forma pauperis* application. Accordingly,

IT IS THEREFORE ORDERED that this case is hereby DISMISSED.

Signed: March 19, 2007

Graham C. Mullen
United States District Judge